IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

(Trenton Division)

RECEIVED
JAN 31 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No. 09-859 (JAP) |
| | ) |
| DORIS MARTINEZ, | ) |
| | ) |
| Defendant. | ) |

## CONTINUANCE ORDER

This matter having come before the Court on the joint application of the United States Department of Justice (Robert Zink, appearing) and Defendant Doris Martinez (Steve Roman, appearing) for an order continuing trial in the above-captioned matter until July 2011 to allow the parties to engage in plea discussions or, alternatively, to prepare for trial, for good and sufficient cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  Plea discussions are currently in progress, and disposition by way of plea agreement would render trial of this case unnecessary;

2.  In the event plea discussions are unsuccessful, the parties will need sufficient time to prepare for trial; and

3.  Pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 31ST day of January, 2011, it is

ORDERED that trial be set on  6/6/2011 at 9:30a

_____
Honorable Joel A. Pisano
United States District Judge